UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

MICHAEL CESAR & DOROTHY CESAR
         Debtor(s).

Chapter 7
Case No. 09-11177

## MOTION TO SELL PROPERTY PURSUANT TO U.S.C. § 363 OR IN THE ALTERNATIVE ABANDON PROPERTY

The Motion of Philip J. Danaher, Chapter 7 Trustee, respectfully alleges:

1. Movant is the duly qualified and acting Chapter 7 Trustee herein.

2. The Chapter 7 Trustee, Philip J. Danaher, will offer for sale the Trustee's interest in property of the above estate described on the Schedule A attached to the Notice of Sale/Abandonment. Such sale shall be to the highest bidder. If no bid is found to be acceptable by the Trustee, or at such time as the Trustee may determine that the property cannot be sold to benefit the Estate, the property will be abandoned without further notice to creditors.

**The minimum bids for the property listed herein are detailed on Schedule A and all bids thereafter shall be in increments of at least $100.00.** Such sale shall be subject to any and all valid liens and encumbrances. The successful bidder will be provided with a Trustee's Deed, with no warranties as to the condition of property.

The Trustee reserves the right to reject bids which, in his opinion, are insufficient or do not conform to the terms of the sale, and to continue the sale from time to time and from place to place without further notice, except as orally announced at said initial sale hearing or continuance thereof, as the Trustee deems appropriate.

Terms of Sale:    Full payment to be received within 10 days of the Sale.

Dated: September 7, 2010

Philip J. Danaher
Chapter 7 Trustee